**FILED**

OCT 18 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 13-cr-30189-DRH |
| vs. ) | |
| ) | |
| AUGUSTUS STACKER, JR., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

The attorney for the Government, the Defendant, and the attorney for the Defendant agree that the following Stipulation of Facts are true and correct and that they support the charge and the change of plea herein:

During the time-frame outlined in the Indictment, Defendant Augustus Stacker, Jr., would purchase cocaine hydrochloride, a Schedule II Controlled Substance, from persons in the Southern District of Illinois and then would re-distribute this cocaine to James K. Fogarty. One such transaction was captured on audio recordings as Fogarty arranged for Stacker to deliver cocaine to him and Fogarty paid Stacker for the cocaine so delivered on or about May 23, 2013, in St. Clair County, within the Southern District of Illinois.

In all, these deliveries of cocaine, usually in "eight ball" quantities, amounted to less than 25 grams of cocaine hydrochloride.

When arrested, Defendant Augustus Stacker, Jr., admitted his participation in these deliveries.

**SO AGREED AND STIPULATED:**

STEPHEN R. WIGGINTON
United States Attorney

*[signature: Augustus Stacker]*
AUGUSTUS STACKER, JR.
Defendant

*[signature: James L. Porter]*
JAMES L. PORTER
First Assistant United States Attorney

*[signature: Todd Schultz]*
TODD SCHULTZ
Attorney for Defendant

Date: 10-18-13

Date: 10/18/13